**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STELLA JOHNSON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-4573** |
| **MARATHON PETROLEUM CORPORATION, ET AL** | **SECTION: “P” (1)** |

**ORDER**

Considering the foregoing motion[1] to consolidate the above-captioned matter with Civil Action No. 23-6096 and Civil Action No. 23-6312, **IT IS ORDERED** that:

1. The motion is **GRANTED**, and the above-captioned matter is **CONSOLIDATED** with Civil Action No. 23-6096 and Civil Action No. 23-6312.[2]

2. The above-captioned matter, as the lowest-numbered case, is hereby designated as the lead consolidated case.

3. All documents hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation “ALL CASES” if it applies to all cases.

4. All documents shall be filed in the lead consolidated case only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

5. In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents in the individual case.

New Orleans, Louisiana, this 10th day of May 2024.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 13.
[2] This Order also grants the motions to consolidate filed in Civil Action No. 23-6096 (R. Doc. 15) and Civil Action No. 23-6312 (R. Doc. 14).